No. 410. MacGregor v. Westinghouse Electric & Manufacturing Co.
Argued January 31, 1946. Decided February 11, 1946. *Per Curiam:* Judg-

ment affirmed by an equally divided Court. *William B. Jaspert* argued the cause and filed a brief for petitioner. *Jo. Baily Brown* argued the cause and filed a brief for respondent.